DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 148P10-8 | Lance Adam Goldman v. State of North Carolina; Department of Public Safety; Tabor Correctional Institution | 1. Plt's *Pro Se* Motion for Civil Complaint<br><br>2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed<br><br>2. Allowed |
|---|---|---|---|
| 168P09-11 | Clyde Kirby Whitley v. State of N.C., Delbert Saucers, Warden | 1. Petitioner's *Pro Se* Motion to Enforce Judgment<br><br>2. Petitioner's *Pro Se* Motion to Enforce Plea Agreement<br><br>3. Petitioner's *Pro Se* Motion for Clarification<br><br>4. Petitioner's *Pro Se* Motion for Appointment of Counsel | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Dismissed as Moot |
| 173PA13 | In the Matter of: Blue Ridge Housing of Bakersville, LLC | Mitchell County's Motion to Amend its New Reply Brief | Allowed **11/22/2013** |
| 191P13-5 | Marion Sherrod v. N.C. Department of Public Safety | 1. Plt's *Pro Se* Motion for Leave to File Amended Complaint<br><br>2. Plt's *Pro Se* Motion for Objection to the Clerk of Supreme Court of North Carolina | 1. Dismissed<br><br>2. Dismissed |
| 198P13 | State v. Harold Dean Smith | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas* (COAP13-233)<br><br>3. State's Petition for *Writ of Certiorari* to Review the Order of the COA | 1. Allowed **05/03/2013**<br><br>2. Allowed<br><br>3. Allowed by Special Order |
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Plaintiff-Appellants' Motion for Enlargement of Time for Oral Argument | Allowed by Special Order **12/04/2013** |
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | Motion to Withdraw Motion for Admission *Pro Hac Vice* | Allowed **12/06/2013** |
| 210P13 | Pamela Lynn Brinn O'Neal v. Adam Wayne O'Neal | Appellant's (Cynthia A. Mills) PDR Under N.C.G.S. § 7A-31 (COA12-715) | Denied |